on which such evidence of previous accidents becomes competent, if at all, was in mind.

In the present case, the plaintiff had to go through a passageway daily in the basement of the defendant's business establishment where he worked in the engine room. Such passageway was through an elevator shaft, and under the elevator car while up, two opposite sides of the shaft being open for that purpose. The car seldom came down to the basement in a day, its principal use being at the floors above. It took up the ashes from the engine room. The plaintiff was hurt by the car striking him in its ordinary and gradual descent while he was going under it through the passageway. He claimed that he did not know it was an elevator shaft, and that although he had formerly run an elevator. The previous accident proved was not to a regular employé of the place, but to an outsider called in to do some repairs to the boiler. Not only was no notice or knowledge of it ever given to the defendant, but, as is seen, the conditions of it were not identical. Nor is there any evidence, even, of how it happened, or of what injury was suffered. It may have happened through the negligence of the person hurt, or in a way and from a cause and under conditions entirely different to those of the plaintiff's case, which alone would make evidence of it incompetent in any event.

Moreover, the time of the alleged accident was not shown; any time in five years, the witness apparently said; nor was it shown to be under like conditions. The judgment should be reversed.

JENKS, J., concurs.

---

CHAPPELL, Appellant, v. CHAPPELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Charles L. Chappell against Lydia Chappell. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified.

---

CHIRURG, Respondent, v. CHIRURG, Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Isidore S. Chirurg against Michael Chirurg. No opinion. Order affirmed, with $10 costs and disbursements.

---

CHITTENDEN, Respondent, v. SAN DOMINGO IMPROVEMENT CO, Appellant (two cases). (Supreme Court, Appellate Division, First Department. June 26, 1908.) Actions by Caroline S. Chittenden, as executrix, against the San Domingo Improvement Company. F. W. Hinrichs, for appellant. F. E. Smith, for respondent. No opinion. Orders affirmed, with $10 costs and disbursements. Order filed. See 111 N. Y. Supp. 499.

---

CITIZENS' UNION REALTY & MORTGAGE CO., Respondent, v. RECHNITZ, Appellant (two cases). (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Actions by the Citizens' Union Realty & Mortgage Company against Jacob Rechnitz. No opinion. Order affirmed, with $10 costs and disbursements, on each appeal.

---

CITY OF MIDDLETOWN, Respondent, v. ÆTNA INDEMNITY CO, Appellant, et al. Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by the city of Middletown against the Ætna Indemnity Company, impleaded with Thomas M. Lesher and others. No opinion. Judgment and order affirmed with costs. See 106 N. Y. Supp. 374.

---

CLARE, Respondent, v. McDONALD et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by John F. Clare against James A. McDonald and another. No opinion. Judgment of the Municipal Court affirmed, with costs.

---

CLARK, Respondent, v. WEST, Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by William L. Clark against John B. West. No opinion. Motion for leave to appeal to the Court of Appeals granted, and questions certified.

---

CLARKE, Respondent, v. LONG ISLAND REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) Action by Thomas J. Clarke against the Long Island Realty Company. No opinion. Motion denied.

---

CLARKE, Appellant, v. NEW YORK CENT. & H. R. R. Co., Respondent. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by William J. Clarke against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

---

In re CLEMENT. (Supreme Court, Appellate Division, Second Department. June 5, 1908.) In the matter of the petition of Maynard N. Clement, as state commissioner of excise, for an order revoking and canceling liquor tax certificate No. 26,096, issued to James Moore. No opinion. Order affirmed, with $10 costs and disbursements.

---

In re CLEMENT. In re BROWN. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Maynard M. Clement, etc. In the matter of George Brown. J. L. Prague, for appellant. A. O. Briggs, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

CLONEN, Respondent, v. MICHAELS, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Mary Clonen against Isaac Michaels, sued as Michael Bros. No opinion. Order, in so far as appealed from, reversed, with $10 costs and disbursements, and motion granted, with costs of the action and $10 costs of motion. See Murthey v. Burke, 121 App. Div. 400, 106 N. Y. Supp. 98.

---

CLOUGH, Appellant, v. FOX et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action